# Order

Michigan Supreme Court
Lansing, Michigan

December 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141316

KEVIN DUNN, SR.,
      Plaintiff-Appellant,

v

OFFICER B. MATATALL and SGT.
LAWRENCE PORTER,
      Defendants-Appellees.

SC: 141316
COA: 291254
Wayne CC: 07-732258-NI

_____/

      On order of the Court, the application for leave to appeal the May 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010

_____
Clerk

s1124